IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DERRICK U. STRICKLIN

               Petitioner,

    vs.

ROB JEFFREYS

             Respondent.

**8:22CV279**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner Derrick U. Stricklin's "Motion for Extension of Time" to file a brief in response to the Answer filed by Respondent, Filing No. 24. As cause, Petitioner submits that no prior extension has been requested, he has asserted multiple claims and had just received Respondent's answer, brief, files, and records which he has not yet had an opportunity to review, and he is waiting for a determination on his pending motion to appoint counsel, Filing No. 19, while preparing his reply pro se.[1]

Upon consideration, due to Petitioner's outstanding motions seeking additional state court records and to appoint counsel the Court shall grant the motion to extend time to file a reply to Respondent's Answer.

---

[1] The Court also notes Petitioner filed a motion seeking additional state court records which is currently pending, a resolution of which Petitioner believes is necessary for his reply to be filed. *See* Filing No. 23 (submitting the additional state court records are necessary for Petitioner to thoroughly proceed with his claims).

IT IS THEREFORE ORDERED that:

Petitioner's motion to extend time to file his brief in response to Respondent's answer, Filing No. 24, is granted.  The Court shall set a deadline for Petitioner's reply brief concurrently with, or following, resolution of the pending motion to appoint counsel, Filing No. 19, and motion for additional state court records, Filing No. 23.

Dated this 27th day of April, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.