IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DERRICK U. STRICKLIN, | |
| Petitioner, | 8:22CV279 |
| vs. | |
| ROB JEFFREYS, Director of the Nebraska Department of Correctional Services; | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the Court on a motion filed by Petitioner, through counsel, seeking to extend his deadline to file a reply brief from September 1, 2023, as set forth in this Court's June 9, 2023, Order, Filing No. 32, by 45 days. Filing No. 33. As cause, Petitioner submits that additional time is needed to review the record and prepare a reply due to the voluminous nature of the record. *Id.*

Upon consideration,

**IT IS ORDERED** that:

1. Petitioner's Motion, Filing No. 33, is **GRANTED**. Petitioner shall have until **October 16, 2023**, to file its brief.

2. The Clerk's Office is directed to terminate the previous pro se case management deadline of "September 1, 2023: check for Petitioner's response," and to

2

set the following pro se case management deadline: **October 16, 2023**: check for Petitioner's response.

Dated this 30th day of August, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge